IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELLISON ROBERT BURNS, JR.,          )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )          CASE NO. CV408-205
                                    )
CAROL BRANHAM, ROSALIND             )
BROOKS, MELISSA DOWNS, CHILD        )
SUPPORT ENFORCEMENT, STATE          )
OFFICE OF THE DISTRICT              )
ATTORNEY,                           )
                                    )
        Defendants.                 )
                                    )

## O R D E R

After a careful de novo review of the record in this
case, the Court concurs with the Magistrate Judge's Report
and Recommendation (Doc. 5), to which no objections have
been filed.  Accordingly, the Report and Recommendation of
the Magistrate Judge is adopted as the opinion of the
Court.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 16th day of January, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA